**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Patrick Jenkins, et al.
                             Plaintiff,

v.                                                         Case No.: 1:22–cv–05396
                                                               Honorable Edmond E. Chang

Alberto Covarrubias, et al.
                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 23, 2023:

      MINUTE entry before the Honorable Edmond E. Chang: Pursuant to the parties' stipulation to dismiss [52], under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and to avoid unnecessary status hearings and to provide time to effectuate the agreement, the case is dismissed without prejudice and with full leave to reinstate via motion filed by 01/12/2024. If no motion to reinstate is filed by that date, then the dismissal will automatically convert to a dismissal with prejudice, without further action by the Court, unless a party has moved to extend the deadline prior to 01/12/2024 for the Court to address Plaintiff's attorney's fees prior to distribution to the Estate.Civil case terminated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.